IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOBLEWOOD IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-134 (VAC) (SRF) |
| | ) |
| VIACOMCBS INC., | ) DEMAND FOR JURY TRIAL |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER FOR STAY OF PROCEEDINGS

WHEREAS, the parties have reached an agreement in principle to settle this case,

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all proceedings in this action are stayed until May 31, 2022 to permit the parties to finalize the settlement; and

IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the approval of the Court, that in the event that this case has not been dismissed by May 31, 2022, the parties will advise the Court of the status of settlement no later than June 3, 2022.

| | |
|---|---|
| THE CHONG LAW FIRM, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Jimmy Chong* | */s/ Jack B. Blumenfeld* |
| Jimmy Chong (#4839) | Jack B. Blumenfeld (#1014) |
| 2961 Centerville Road, Suite 350 | 1201 North Market Street |
| Wilmington, DE 19808 | P.O. Box 1347 |
| (302) 999-9480 | Wilmington, DE 19899 |
| chong@chonglawfirm.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

**SO ORDERED** this _____ day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE